■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CERDA, Appellant. [620 NYS2d 970] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered March 9, 1994.

Ordered that the judgment is affirmed.

The sentence imposed was not illegal.

The defendant having raised no other issues, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.